# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Daniel Gombash

                        Plaintiff,

v.                                                        Case No.: 1:23−cv−01268
                                                          Honorable Jorge L. Alonso

We Eat Hospitality Group, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 27, 2024:

      MINUTE entry before the Honorable Jorge L. Alonso: Telephonic status hearing held. Plaintiff does not appear. Counsel must appear at all hearings. For the reasons stated on the record, Plaintiff's Motion for status conference [71] is denied. Defendants' motion for summary judgment shall be filed by 8/12/24; Plaintiff's response shall be filed by 9/9/24; Defendants' reply shall be filed by 9/23/24. These are firm deadlines. The Court will rule electronically on the motion. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.