# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

---

DANIEL GOMBASH,

on behalf of himself, FLSA Collective

    Plaintiffs, and the Class,

v.

WE EAT HOSPITALITY GROUP, LTD.,                         Case No. 1:23-cv-01268
STATE & 9 CORPORATION, D/B/A
BULLDOG ALE HOUSE, AURORA BULL
DOG COMPANY, D/B/A BULLDOG ALE
HOUSE, 459 RANDALL CROSSINGS
COMPANY, D/B/A BULLDOG ALE HOUSE,
6610 SHERIDAN CORPORATION, D/B/A
BULLDOG ALE HOUSE, ROOSEVELT 100
CORPORATION, D/B/A BULLDOG ALE
HOUSE, 2628 RT 59 COMPANY, D/B/A
BURNT PIZZA COMPANY, 451 COMMONS
COMPANY, D/B/A BULLDOG ALE HOUSE,
1480 GOLF CORPORATION, D/B/A
BULLDOG ALE HOUSE, YORKTOWN
TOASTMASTER CORPORATION, D/B/A
HONEY BERRY CAFE, ROSELLE LLA, INC.,
D/B/A BULLDOG ALE HOUSE, BULL DOG
ALE HOUSE, INC., D/B/A BULLDOG ALE
HOUSE, MCHENRY 31 COMPANY, D/B/A
BULLDOG ALE HOUSE, ALGONQUIN
COMMONS COMPANY, D/B/A BULLDOG
ALE HOUSE, AND 157 WEBER COMPANY,
D/B/A BULLDOG ALE HOUSE, AND JOHN
DOE CORPORATIONS 1-100,

    Defendants.

## JOINT STATUS REPORT – NOTICE OF SETTLEMENT

      The Parties report that they have reached a settlement in principle. Counsel for the Parties are completing the documentation of the settlement, and they anticipate that it will be signed within thirty days.

Respectfully submitted,

By: _____

      Richard J. Miller

The Miller Law Firm, P.C.
Attorneys for the Defendants.
1051 Perimeter Drive, Suite 400
Schaumburg, IL 60173
847-995-1205
Richard.miller@millerlawfirm.org
Attorney No. 6294472