UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL GOMBASH, ET AL. ) | |
| ) | |
| Plaintiffs, ) | Case No. 23-cv-01268 |
| ) | |
| v. ) | Judge Hon. Jorge L. Alonso |
| ) | |
| WE EAT HOSPITALITY GROUP, LTD., ET AL.., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF COMPLAINT WITH PREJUDICE

Plaintiff DANIEL GOMBASH ("Plaintiff"), individually, by and through the undersigned counsel, and WE EAT HOSPITALITY GROUP, LTD, et al. ("Defendants"), by and through the undersigned counsel, move this Court pursuant to Fed. R. Civ. P. 41(a)(2) to approve the Parties' settlement of the above-captioned matter (the "Lawsuit") which alleges claims under the Fair Labor Standards Act ("FLSA") and the Illinois Wage Payment and Collection Act ("IWPCA") and to dismiss this Lawsuit with prejudice pursuant to the terms of their confidential settlement agreement as follows:

1. On March 1, 2023, Plaintiff filed an Individual and Collective Action Complaint against Defendants, on behalf of himself and all persons similarly situated. Doc. 1. Plaintiff alleged that Defendants improperly calculated his overtime rate; and alleged claims under the FLSA and the IWPCA. Plaintiff never filed a motion to conditionally certify the class.

2. Defendants deny that they underpaid Plaintiff and deny that they engaged in any violation of the above-mentioned statutes and produced time and payroll documents supporting their position in discovery.

3. Settlements of FLSA claims must be approved by a Court of competent jurisdiction. *See, e.g., Walton v. United Consumers Club, Inc.*, 786 F.2d 303, 306 (7th Cir. 1986), *citing Lynn's Food*

1

*Stores, Inc. v. Department of Labor*, 679 F.2d 1350, 1352-53 (11th Cir. 1982); *Ladegaard v. Hard Rock Concrete Cutters, Inc.*, 2001 WL 1403007, at *6 (N.D. Ill. 2001).

4. Submitted herewith as Exhibit A (*in camera* only) for inspection by the Court is a courtesy copy of the Confidential Settlement and Release Agreement entered into between Defendants and Plaintiff.

5. The settlement reached by the parties is the result of extensive investigation, discovery, and negotiations between the Parties and a Rule 68 tendered by Defendants to resolve this matter. The settlement figures agreed upon bear a reasonable and fair relationship to the parties' respective claims and defenses and also take into consideration the inevitable risks of litigation and the defenses which would be raised by Defendants if this matter were to proceed.

6. The settlement was negotiated at arm's length, by experienced counsel concerning *bona fide* disputes between their clients with respect to liability and the amount due under the FLSA and the IWPCA for allegedly unpaid wages, overtime compensation, compensatory damages, liquidated damages, preand attorneys' fees.

7. Factors indicating fairness are present, including the fact that the Parties thoroughly investigated the issues; that the Parties conducted discovery and analyzed time and payroll data; that the Parties conserved substantial time and expense that would have been required had the case gone to trial; and that, by settling, Plaintiff is assured a reasonable recovery on his claims, thereby avoiding the uncertainties associated with further litigation.

8. Accordingly, the Parties request this Court's approval of the Confidential Settlement and Release Agreement because it is a fair and reasonable resolution of all of Plaintiff's claims and attorney fees.

9.  The Parties further request that this Court enter the Order attached hereto as Exhibit B dismissing the Lawsuit with prejudice.

WHEREFORE, the Defendants request that this Court approve the Confidential Settlement and Release Agreement and enter the Order attached as Exhibit B hereto.

Respectfully Submitted,

*/s/ Richard J. Miller*
Attorney for Defendants:
The Miller Law Firm, P.C.

The Miller Law Firm P.C.
1051 Perimeter Drive, Suite 400
Schaumburg, IL 60173
richard.miller@millerlawfirm.org
Attorney No. 6294472

# Exhibit A
**(Submitted *In Camera* Only)**

# Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL GOMBASH, ET AL. | ) |
| | ) |
| Plaintiffs, | ) Case No. 22 cv-04305 |
| | ) |
| v. | ) Judge Hon. Jorge L. Alonso |
| | ) |
| WE EAT HOSPITALITY GROUP, LTD., ET AL.., | ) |
| | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement and Dismissal of Complaint, whereas the Parties have reached a confidential settlement agreement, inclusive of attorney's fees and costs that disposes of the captioned case in its entirety,
**IT IS HEREBY ORDERED:**

1. The Parties' negotiated settlement of the above-captioned lawsuit, including the claims under the Fair Labor Standards Act and the Illinois Wage Payment and Collection Act asserted therein, is found to be fair and reasonable and is therefore approved.

2. This case is dismissed without prejudice, with leave to reinstate within 21 days after entry hereof for the sole purpose of allowing this Court to enforce the terms of the Parties' settlement agreement.

3. Absent the filing of a motion to enforce within 21 days of entry of this Order, the dismissal of the captioned case shall convert from a dismissal without prejudice, to a dismissal with prejudice with each party bearing its own fees and costs without further action by the Court.

ENTERED:

DATE:_____

_____
Judge Jorge L. Alonso
United States District Judge
Northern District of Illinois

6

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he served a copy of the attached document, Defendants' Motion for Approval of Settlement and Dismissal of Complaint with Prejudice Initial Status Report, to the parties listed below by electronically filing the same with the Clerk of the U.S. District Court of the Northern District of Illinois on October 9, 2024.

HR Law Counsel
29 Main Street
Suite 350-C
Naperville, IL 60540
ethan@hrlawcounsel.com

                                         /s/ Richard J. Miller
                                         One of Defendants' Attorneys