## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DAVID GOMBASH, et al. | ) |
| | ) |
| Plaintiff, | ) Case No. 23-cv-01268 |
| | ) |
| WE EAT HOSPITALITY GROUP, LTD., et al. | ) |
| | ) |
| Defendants. | ) |

### STIPULATION TO DISMISS

This matter coming to be heard pursuant to a settlement agreement between Plaintiff and Defendant which was submitted to this Honorable Court (Dkt. 79). Pursuant to this Court's order, the Parties were to file a stipulation to dismiss the case by October 312, 2024, based on the settlement agreement (Dkt. 81). Defendant has made the requisite payments required pursuant to the settlement agreement; however, Defendant's counsel has not received any communication from Plaintiff's counsel about the draft stipulation to dismiss, despite sending emails and leaving phone messages. Therefore, the Defendant requests that this Honorable Court dismiss the case captioned above in its entirety, with prejudice, and all pending court dates to be stricken.

Respectfully submitted,

By: *s/Richard J. Miller*

Richard J. Miller
Attorney for the Defendants

The Miller Law Firm, P.C.
1051 Perimeter Drive, Suite 400
Schaumburg, IL 60173
847-995-1205
Richard.miller@millerlawfirm.org
Attorney No. 6294472

## CERTIFICATE OF SERVICE

I, Richard J. Miller, an attorney, certify that I served the foregoing Stipulation to Dismiss filed on October 31, 2024, with the Clerk of the Circuit Court by using CM/ECF system, which will send a notice of electronic filing to the following:

Ethan G. Zelizer

HR LAW COUNSEL

29 S. Weber St., Suite 350-C
Naperville, Illinois 60540
ethan@@@hrlawcounsel.com

*/s/ Richard J. Miller*